CORBALLY, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by James W. Corbally against the Erie Railroad Company. No opinion. Judgment modified, by deducting the amount of the extra allowance, for want of power in the trial court to grant the same, and judgment, as modified, and order, unanimously affirmed, without costs.

CORNWALL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Anna V. Cornwall against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order affirmed, with costs.

WILLIAMS, J., dissents.

DASSAU, Respondent, v. NEW YORK ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by John Dassau against the New York Ice Company. J. W. Hawes, for appellant. J. A. Douglas, for respondent. No opinion. Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $4,177.20, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

DE AGRAMONTE, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Louisa De Agramonte against the city of Mt. Vernon. No opinion. Appeal dismissed, without costs.

DE BARBIERI, Respondent, v. SOCIETA ITALIANA GIUSEPPE MAZZINI DI MUTUO SOCCORSO, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Maria De Barbieri, as administratrix, against the Societa Italiana Giuseppe Mazzini di Mutuo Soccorso. S. L. Samuels, for appellant. J. J. Freschi, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, to $499.02, in which event judgment, as modified, and order, affirmed, without costs. Settle order on notice.

DEMMERLE, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Charles C. Demmerle against the city of New York and others. L. L. Kellogg, for appellant. G. L. Sterling, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DENIKE v. DENIKE. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of supplementary proceedings by Abraham Denike, judgment creditor, against Charles W. Denike, judgment debtor. No opinion. Motion denied, without costs.

DIAB, Appellant, v. LUFTY et al., Respondents. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Najeeb M. Diab against Anton A. Lufty and others. J. W. Osborne, for appellant. F. L. Kringle, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DIEHL, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by George Diehl, Jr., against the city of New York. T. F. Wentworth, for appellant. T. Connoly, for respondent.

PER CURIAM. Order affirmed, with costs and disbursements. Order filed.

O'BRIEN, P. J., and CLARKE, J., dissent.

DOERSCH, Respondent, v. CENTRAL PAPER BOX CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Conrad Doersch against the Central Paper Box Company. No opinion. Judgment affirmed, with costs.

DONNELLY, Appellant, v. HELLMAN, Respondent. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by John H. Donnelly against Myer Hellman.

PER CURIAM. We decline to consider this appeal for the reasons, first, it does not contain all the evidence given upon the trial, as required by section 317 of the Municipal Court Act (Laws 1902, p. 1580, c. 580); second, no case has been settled, as required by section 318; third, the return does not have indorsed thereon the allowance of the justice before whom the action was tried, as required by sections 317 and 318. Appeal dismissed, with costs.

HOOKER, J., concurs in result.

In re DONOHUE'S WILL. (Supreme Court, Appellate Division, Second Department. April 20, 1906) In the matter of the probate of the last will and testament of George W. Donohue, deceased. No opinion. Judgment affirmed, with costs.

DOOHER, Respondent, v. BARRY, Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Anthony J. Dooher against John T. Barry. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re DOREMUS. (Supreme Court, Appellate Division, First Department. April 25, 1906.) In the matter of David I. Doremus. No opinion. Motion denied on payment of $10 costs. Leave given to apply to the court below to open default. Order filed.

DORF et al., Appellants, v. HENRY MILES & SONS, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Max Dorf and David Baron against Henry Miles & Sons. No opinion. Judgment affirmed, with costs.